Mark Gonzales, Esq., SBN 249340
LAW OFFICES OF MARK GONZALES
7337 East Avenue, Suite E
Fontana, CA 92336
Telephone: (909) 587-6336
Facsimile: (909) 587-6210
Email: Gonzaleslegal@hotmail.com
Attorney for Plaintiff
**IRMA ALVA**

Andrew O. Smith, Esq., SBN 217538
Brian P. Suba, Esq., SBN 276526
**PETTIT KOHN INGRASSIA & LUTZ PC**
9841 Airport Boulevard, Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
bsuba@pettitkohn.com
Attorney for Defendant
**WAL-MART STORES, INC.**

JS-6

FILED
CLERK, U.S. DISTRICT COURT

July 31, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRMA ALVA,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; and DOES 1 TO 25, Inclusive<br><br>            Defendants. | CASE NO.: 2:17-CV04664<br><br>ORDER REMANDING BACK TO STATE COURT<br><br>Courtroom:      10C<br>District Judge:  Hon. S. James Otero<br>Magistrate Judge: Hon. Rozella A. Oliver<br>Complaint Filed: 02/15/2017<br>Trial Date:      N/A |

   Based on the foregoing stipulation by Plaintiff, Irma Alva and Defendant, Wal-Mart Stores, Inc. and upon a finding that this above-referenced litigation no longer satisfied the jurisdictional requirements for diversity under FRCP § 1332(b),

///

---

2354-8763

1

[PROPOSED] ORDER REMANDING BACK TO STATE COURT
CASE NO. 2:17-CV-04664

the Court hereby ORDERS this matter to be remanded back to Los Angeles Superior Court.

IT IS SO ORDERED

*S. James Otero*

Dated: July 31, 2017

_____
The Honorable S. James Otero
Courtroom 10C
District Court Judge – Western Division

# **CERTIFICATE OF SERVICE**

I hereby certify that the following document(s):

**PROPOSED] ORDER REMANDING BACK TO STATE COURT**

was/were served on this date to counsel of record:

[x] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Mark Gonzales, Esq.
LAW OFFICES OF MARK GONZALES
7337 East Avenue, Suite E
Fontana, CA 92336
Tel: (909) 587-6336
Fax: (909) 587-6210
***Attorney for Plaintiff, IRMA ALVA***

Executed on July ___, 2017, at Los Angeles, California.

_____
LISA SEALS